USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

FELIZ RAFAEL GUANCE TINEO,

Plaintiff,

-v-

AIRTIME EXPRESS INC. ET AL,

Defendants.

---------------------------------------------------------------------X

26-cv-02349 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This case was consolidated with 26-cv-00418 on May 4, 2026 at Dkt. No. 9. Thereafter, the parties filed a stipulation of voluntary dismissal in the consolidated case on July 23, 2026 at Dkt. No. 31, in which the Court signed and entered on July 30, 2026 at Dkt. No. 32. The consolidated case was subsequently closed. The Court hereby respectfully directs the Clerk of Court to close this case 26-cv-02349.

SO ORDERED.

Dated: August 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge